UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-CR-20044-GOLD/GOODMAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RANDOPLH ROLLE,

    Defendant.

_____

**ORDER ADOPTING REPORT AND RECOMMENDATION [ECF NO. 391];
DENYING MOTION FOR REDUCTION OF SENTENCE [ECF NO. 364]**

This Cause is before the Court on Magistrate Judge Goodman's Report and Recommendation [ECF No. 391], entered August 23, 2013, recommending denying Defendant's Motion for Reduction of Sentence under 18 U.S.C. § 3582(c)(2) [ECF No. 364]. In the Report, Judge Goodman concludes that Rolle's claim is barred by the Eleventh Circuit Court of Appeals' decision in *United States v. Hippolyte*, 712 F.3d 535 (11th Cir. 2013) because Rolle was sentenced before the Fair Sentencing Act went into effect and filed his § 3582(c)(2) motion after the Act's effective date. Judge Goodman recommends denying Rolle's Motion without prejudice.

No party has filed objections to the Report, and the time for doing so has passed. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("The statute does not on its face require any review at all, by either the district court or the court of appeals, of any issue that is not the subject of an objection."). It is hereby ORDERED and ADJUDGED as follows:

1.     The Report and Recommendation [ECF No. 391] is **AFFIRMED AND ADOPTED**.

2.     Defendant's Motion for Reduction of Sentence under 18 U.S.C. § 3582(c)(2) [ECF No. 364] is **DENIED WITHOUT PREJUDICE**.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of September, 2013.

_____
THE HONORABLE ALAN S. GOLD
SENIOR U.S. DISTRICT COURT JUDGE

cc:

United States Magistrate Judge Jonathan Goodman

All Counsel and Parties of Record

Randolph Rolle
64738-004
FCC Coleman Medium
PO Box 1032
Coleman, FL 33521